# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2787
_____

JAMES MARTINEZ,

Appellant,

v.

RUSSELL M. JINKS, Trustee C.L.
Jinks, Jr. Revocable Trust,

Appellee.

_____

On appeal from the County Court for Bay County.
Lucas N. Taylor, Judge.

February 4, 2026

PER CURIAM.

We affirm the final judgment's award of damages for breach of contract without further comment. As for Appellant's challenge to the award of attorney's fees to Appellee, the final judgment only finds that Appellee is entitled to fees as prevailing party without determining the amount. "An award of attorneys' fees does not become final, and, therefore, appealable until the amount is set by the trial court." *Tomlin v. Buccasio*, 373 So. 3d 666, 666 (Fla. 1st DCA 2023) (quoting *Mills v. Martinez*, 909 So. 2d 340 (Fla. 5th DCA 2005)). The fee award is therefore not properly before us.

AFFIRMED, in part; DISMISSED, in part.

OSTERHAUS, C.J., and LEWIS and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jerry L. Rumph, Jr., of Brooks Law, Tallahassee, for Appellant.

Stephen E. Syfrett of Williams & Syfrett, PLLC., Panama City, for Appellee.